**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA LEMUS,<br><br>        Petitioner,<br><br>        v.<br><br>LARRY SMALL, Warden,<br><br>        Respondent. | NO. CV 10-02266 RGK (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 14, 2011

                                                  R. GARY KLAUSNER<br>
                                                  UNITED STATES DISTRICT JUDGE